UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WENDELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV449 AGF |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

Pursuant to the Local Rules and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following provisions shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

This case has been assigned to Track 4 (Administrative).

Pursuant to Rule 12(a)(3) and (4), Fed. R. Civ. P., defendant shall file any motion to dismiss, motion to remand, and/or answer within sixty (60) days of service of plaintiff's complaint. Along with its answer defendant shall file a transcript of the record, in accordance with 42 U.S.C. § 405(g).

Pursuant to E.D. Mo. L.R. 9.02, plaintiff shall unless otherwise ordered by the Court, serve and file a brief within thirty (30) days after the Commissioner's service of an answer and the administrative transcript. **Plaintiff shall attach to this brief a statement of uncontroverted material facts, with each fact set forth in a separately numbered paragraph and supported by citations to the administrative transcript**.

The Commissioner shall serve and file a brief within thirty (30) days after the service of the plaintiff's brief. **The Commissioner shall attach to this brief a response to plaintiff's statement of uncontroverted material facts, indicating, for each numbered paragraph in plaintiff's statement of uncontroverted material facts, whether the Commissioner admits or denies the particular fact(s) in such paragraph. Each denial shall be supported with citations to the administrative transcript. The Commissioner may also attach a statement of additional material facts set forth in numbered paragraphs and supported by citations to the administrative transcript**.

Plaintiff shall have fourteen (14) days after service of the Commissioner's brief to file a reply brief. **If plaintiff chooses to file a reply brief and the Commissioner attached a statement of additional material facts to its brief, plaintiff shall file a response to the Commissioner's statement of additional material facts, with any denials supported by citations to the record.**

**Failure to comply with the above provisions shall result in briefs being stricken**. No further briefs shall be filed except by leave of court upon a showing of good cause.

A brief filed pursuant to E.D. Mo. L.R. 9.02 shall not exceed fifteen (15) standard typed pages, exclusive of a signature page, any attachments, and any statement of material facts, without leave of court. A reply brief shall not exceed ten (10) pages.

Dated this 16th day of March, 2015.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE