UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WENDELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-00449-AGF |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's application for attorney's fees, pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Plaintiff is the prevailing party in his action

challenging the Commissioner of Social Security's denial of his application for disability

insurance benefits and supplemental security income.  The Commissioner has informed the Court

that the parties have agreed to an award of fees in the amount of $7,500.00.  (Doc. No. 27.)  The

Court's review of the record indicates that this amount is reasonable and fair.  Pursuant to *Astrue*

*v. Ratliff*, 560 U.S. 586 (2010), fees must be paid directly to Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is

**GRANTED** in the amount of $7,500.00, payable directly to Plaintiff.  (Doc. No. 25.)


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2016.